# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0254.  DOUGLAS S. DAVIS v. PENNY C. DAVIS.

Upon review, Douglas S. Davis's application for discretionary appeal is hereby GRANTED, and Penny C. Davis's motion to dismiss the application is DENIED. Douglas Davis shall have ten days from the date of this order to file his notice of appeal in the trial court.  See OCGA § 5-6-35 (g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/07/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*